THE PACIFIC MAIL STEAMSHIP COMPANY, Appellant, v. RICHARD B. IRWIN, Respondent.

Appeal from an order made at Special Term, denying motion to strike out an answer as irrelevant, etc. The decision below was affirmed at General Term, the court being of opinion that the allegations which it was asked to strike out, were material, and properly in the answer.

*H. S. Bennett*, for the appellant.

*W. H. Scott*, for the respondent.

Opinion by Brady, J.

Davis, P. J., and Daniels, J., concurred.

Order affirmed, with ten dollars costs besides disbursements.

--------

MARVIN J. MERCHANT and another, Appellants, v. MILO M. BELDING and others, Respondents.

Appeal from a judgment recovered on the report of a referee. The question in the case was one of fact as to plaintiffs' employment by defendants.

The General Term *held*, that the referee was fully warranted by the evidence in taking the view which he did of the plaintiffs' case. He held them not entitled to recover, and the judgment entered upon his report was affirmed.

*Francis C. Bowen*, for the appellants.

*W. B. Putney*, for the respondents.

Opinion by Daniels, J.

Davis, P. J., and Brady, J., concurred.

Judgment affirmed.